# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ANTONIO NUNEZ-ORTIZ,<br><br>Petitioner,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>Respondents. | Case No. 2:19-cv-1232-KJD-CWH<br><br>**ORDER** |

Petitioner has filed a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1). The court will serve the petition upon respondents for a response.

IT IS THEREFORE ORDERED that the clerk shall serve copies of the petition and this order upon respondent as follows:

1. By sending a copy of the petition and this order by registered or certified mail to the United States Attorney for the District of Nevada, 501 Las Vegas Blvd. S., Suite 1100, Las Vegas, NV 89101;

2. By sending a copy of the petition and this order by registered or certified mail to the Honorable William Barr, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530;

3. By sending a copy of the petition and this order by registered or certified mail to the United States Department of Homeland Security, Washington, DC 20528.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 2243 respondent shall file and serve an answer to the petition within twenty (20) days from the date that this order is entered, unless for good cause additional time is allowed.

DATED: July 19, 2019

_____
KENT J. DAWSON
United States District Judge