UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ANTONIO NUNEZ-ORTIZ, | Case No. 2:19-cv-1232-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| THE UNITED STATES OF AMERICA, et al., | |
| Respondents. | |

The parties have filed a stipulation to dismiss petition for writ of habeas corpus (ECF No. 7). They state that petitioner has received a bond hearing before an immigration judge, which was petitioner's request for relief. The immigration judge set bond for petitioner at $2,500, and the matter now is moot.

IT THEREFORE IS ORDERED that the stipulation to dismiss petition for writ of habeas corpus (ECF No. 7) is **GRANTED**. This action is **DISMISSED** upon request of the parties. The clerk of the court shall enter judgment accordingly and close this action.

IT FURTHER IS ORDERED that a certificate of appealability will not issue.

DATED:

_____
KENT J. DAWSON
United States District Judge